JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00549-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE THE PRELIMINARY EXAMINATION HEARING** |
| vs. | (*First Request*) |
| MATTHEW KONARAKE ABRAHAMIAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON FRIERSON, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and NISHA BROOKS-WHITTINGTON, counsel for Defendant MATTHEW KONARAKE ABRAHAMIAN, that the preliminary examination hearing in the above-captioned matter, currently scheduled for July 27, 2022, at 3:00 p.m., be vacated and continued for not less than fourteen (14) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1

1. Government counsel has been out of the district for a pre-planned training. As such, the Government needs additional time to bring this matter before the grand jury for indictment.

2. The parties agree to the continuance.

3. Defendant MATTHEW KONARAKE ABRAHAMIAN is not in custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for the government to present the matter to the grand jury.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>first</u> request for a continuation of the preliminary examination hearing.

DATED: July 22, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


/s/ Nisha Brooks-Whittington
_____
NISHA BROOKS-WHITTINGTON
Counsel for Defendant Nisha Brooks-Whittington

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00549-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| MATTHEW KONARAKE ABRAHAMIAN, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Government counsel has been out of the district for a pre-planned training. As such, the Government needs additional time to bring this matter before the grand jury for indictment.

2. Defendant MATTHEW KONARAKE ABRAHAMIAN is not in custody and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested herein is not sought for purposes of delay, but to allow for the government to present the matter to the grand jury.

5. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

6. This is the <u>first</u> request for a continuation of the preliminary hearing.

3

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

### ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for July 27, 2022, at 3:00 p.m., be vacated and continued to August 12, 2022 at 1:00 p.m.

DATED this 25th day of July, 2022.

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4