# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Matthew Konarake Abrahamian,<br><br>    Defendant. | Case No. 2:22-cr-00175-RFB-VCF<br><br>**ORDER re ECF No. 29** |

Before the Court is Defendant Matthew Abrahamian's motion to modify condition of his release under 18 U.S.C. § 3142(c)(3). ECF No. 29. He seeks to travel to California to spend the holidays with his family. As a result, he seeks permission to travel (1) from December 24, 2022 to December 26, 2022, and (2) from December 31, 2022 to January 2, 2023.

The Government opposes the request and points to the allegations underlying the charges and the connection to California. ECF No. 31

For the reasons discussed below, the Court will grant Mr. Abrahamian's request.

The Court explained twice previously, and reiterates here, that the travel restriction that it imposed is simply a default position and left open the possibility of Mr. Abrahamian requesting permission to travel to California for discrete reasons. ECF Nos. 2 and 24.

This Court also notes that it has previously granted this same request—Mr. Abrahamian was permitted to travel to California a few months ago to make some home repairs. *See* ECF No. 24. That travel was completed without incident.

This Court finds that Mr. Abrahamian's continued compliance with the terms of his release warrants the granting of this discrete request.

**IT IS THEREFORE ORDERED** that Mr. Abrahamian's Motion to Amend Conditions of Pretrial Release (ECF No. 29) is GRANTED.

**IT IS FURTHER ORDERED** that the motion hearing set for December 21, 2022 is VACATED.

DATED: December 21, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE