RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Matthew Konarake Abrahamian

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00175-RFB-MDC-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (Second Request) |
| MATTHEW KONARAKE ABRAHAMIAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Matthew Konarake Abrahamian, that the Sentencing Hearing currently scheduled on January 27, 2025, at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs additional time to prepare and file Mr. Abrahmian's sentencing memorandum, and obtain character letters on Mr. Abrahmian's behalf.

2.     The defendant is not incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

This is the second stipulation to continue sentencing filed herein.

DATED this 14th day of January 2025.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ David C. Kiebler*
By_____
DAVID C. KIEBLER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

MATTHEW KONARAKE ABRAHAMIAN,

       Defendant.

Case No. 2:22-cr-00175-RFB-MDC-1

**ORDER**

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, January 27, 2025, at 9:15 a.m., be vacated and continued to March 7, 2025 at 12:15 p.m.

   \_\_\_

DATED this  16th day of January 2025.

_____
UNITED STATES DISTRICT JUDGE

3